

CV-18-232-TUC-FRZ (LAB)

```
Court Name: United States District Court
Division: 4
Receipt Number: TUC028486
Cashier ID: cortiz
Transaction Date: 05/23/2018
Payer Name: UNITED STATES TREASURY
------------------------------------
WRIT OF HABEAS CORPUS
 For: ELIJAH WILLIAMS
 Case/Party: D-AZX-4-18-CV-000232-001
 Amount:      $5.00
------------------------------------
Paper Check Conversion
 Remitter: UNITED STATES TREASURY
 Check/Money Order Num: 84786979
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00


A fee of $53 will be assessed on
all returned remittances
```