# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elijah Bobby Williams,<br><br>　　　　Petitioner,<br><br>v.<br><br>Unknown Rhodes,<br><br>　　　　Respondent. | NO. CV-18-00232-TUC-FRZ (LAB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 7, 2018, judgment is entered in favor of respondent and against petitioner. Petitioner to take nothing, and the petition and action are dismissed without prejudice for failure to comply with the Court's orders.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 13, 2018

　　　　　　　　　　　　　　　　　　s/ K H
　　　　　　　　　　　　　　By　　Deputy Clerk