Case number: CV18-0232-TUC-FRZ-LAB

<u>Notice of A Chang of Address</u>



Elijah Williams # 02152-748
USP - Victorville
P.O. Box 3900
Adelanto, Ca. 92301

To: U.S. Courthouse Clerk.

Notice of a Change of address, please note that I have been transffered to another location and would like for any legal mail or legal notice to be mail to me here at this new address.

Writ of habeas corpus under 28 USC § 2241

Respectfully
Elijah Williams # 02152-748